UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT G. HARKINS; JUDY L. HARKINS; OFFICE OF OVERSEER ROBERT G. HARKINS; PUDDING CREEK MINISTRIES; AMERICAN FAMILY ENTERPRISE, INC.; BONDAGE BREAKERS; CITIMORTGAGE, INC.; FIRST NATIONAL BANK OF OMAHA; DISCOVER BANK; and FIA CARD SERVICES, N.A.,<br><br>Defendants. | Case No.: 3:11-cv-554-BR<br><br>[~~PROPOSED~~] JUDGMENT AGAINST CITIMORTGAGE, INC.; FIRST NATIONAL BANK OF OMAHA; DISCOVER BANK; and FIA CARD SERVICES, N.A. |

For the reasons set forth in the motion for entry of default judgment (No. 161) and its Order (No. 164), pursuant to Rule 55(b), the Court enters judgment as follows:

i. That default judgment is entered against CitiMortgage, Inc., First National Bank of Omaha, Discovery Bank, and FIA Card Services, N.A. (collectively "the non-appearing Defendants) and in favor of the United States.

ii. That any potential interests the non-appearing Defendants might have had in the real property at issue in this litigation and described in paragraph 15 of the Complaint ("the Subject Property") are terminated; and

iii. That the non-appearing Defendants may not recover any proceeds from the foreclosure of the federal tax liens against and sale of the Subject Property.

DATED this 7th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

~~[Proposed]~~ Judgment